ORDERED.

Dated:  March 10, 2016

K. Rodney May
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:                                                       CHAPTER 13

ANTHONY M. GIOVINO and
KELLY E. GIOVINO,                           CASE NUMBER 8:11-bk-05196-KRM

Debtor(s)[1]
_____/

**ORDER GRANTING DEBTORS' MOTION TO VACATE**
**ORDER DISMISSING CONFIRMED CASE AND REQUEST FOR**
**ADDITIONAL PRESUMPTIVELY REASONABLE FEE (DOC. NO. 52)**

THIS CASE came on for a hearing on February 24, 2016 upon the Debtors' Motion to Vacate Order Dismissing Confirmed Case and Request for Additional Presumptively Reasonable Fee (Doc. No. 52). The Court, having heard argument of counsel and having reviewed the record, is satisfied that it is appropriate to reinstate this Chapter 13 Case. Accordingly, it is

**ORDERED:**

1. The Debtors' Motion to Vacate Order Dismissing Confirmed Case and Request for Additional Presumptively Reasonable Fee (Doc. No. 52) is hereby GRANTED.

2. The Order Dismissing Confirmed Chapter 13 Case (Doc. No. 51) entered on November 23, 2015, is hereby VACATED and the case is reinstated as an active Chapter 13 case.

---

[1] All reference to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.

      3.      The Debtors shall pay the Chapter 13 Trustee the total sum of $20,000.00 on or before March 22, 2016, which shall be the final payment in the case.

      4.      The Debtor's Counsel, Charles T. Stohlman, shall be allowed additional attorney fees totaling $400.00 which shall be paid by the Debtors directly outside the confirmed Plan as an approved administrative expense for filing the Debtors' motion, in addition to any other fees previously awarded.

Debtors' Counsel, Charles T. Stohlman, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.
KR/WCH/ra                                                                                             C13T 03/09/16